IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARK STEPHENS,<br>    Plaintiff, | § § § | |
| v. | § § | Civil Action No. 1:18-CV-653 |
| ACCENTURE, LLP &<br>FACEBOOK, INC.<br>    Defendants. | § § § § | |

## **CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, MARK STEPHENS, provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

    None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

MARK STEPHENS, Plaintiff
BRETT C. BEELER, ESQ, DANIEL B. ROSS, ESQ., ROSS LAW GROUP, Attorneys for Plaintiff
ACCENTURE, LLP, Defendant
and FACEBOOK, INC, Defendant

Respectfully submitted August 2, 2018

**ROSS LAW GROUP**

*/s/ Brett C. Beeler*
Daniel B. Ross
State Bar No. 00789810
dan@rosslawgroup.com
Brett C. Beeler
State Bar No. 24097357
brett@rosslawgroup.com

**ATTORNEYS FOR PLAINTIFF**